UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL L. WODASZEWSKI, DARRELL LOUTSCH, JESSE A. MONTEZ, JR., CHARLES NIPPOLDT, and RICKY CARL HAMBLIN, on behalf of themselves and all others similarly situated; and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC,<br><br>Plaintiffs,<br><br>v.<br><br>GERDAU AMERISTEEL US INC., and GERDAU AMERISTEEL US RETIREE MEDICAL PLAN,<br><br>Defendants. | Court File No. 17-cv-05564-MJD-KMM<br><br>Judge Michael J. Davis<br><br>Class Action<br><br>**Demand for Jury Trial** |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT

Plaintiffs Michael L. Wodaszewski, Darrell Loutsch, Jessie A. Montez, Jr., Charles Nippoldt and Ricky Carl Hamblin ("Class Representatives"), on behalf of themselves and all other persons similarly situated, along with Plaintiff United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO/CLC ("USW"), have entered into a proposed Settlement Agreement with Gerdau Ameristeel US Inc. and Gerdau Ameristeel US Retiree Medical Plan ("Defendants").

On March 1, 2018, upon Plaintiffs' unopposed motion, this Court entered an order which (1) granted class certification of the Class (as defined in the Settlement Agreement) and appointed Class Representatives to represent the Class; (2) preliminarily approved the Settlement Agreement subject to notice and a final fairness hearing; (3) approved the proposed Class Notice and directed it to be mailed to Class members; (4) set the hearing on the fairness of the Settlement Agreement for June 14, 2018 ("Fairness Hearing"); and (5) ordered that any objections to the Settlement Agreement must be received no later than 30 days prior to the Final Fairness Hearing, or by May 15, 2018. Doc. #29.  On April 30, 2018, pursuant to the Court's March 1, 2018 Order, Plaintiffs filed an unopposed motion for attorneys' fees, costs, and expenses as agreed upon in the Settlement Agreement.  Doc. #31.

In support of final approval of the Settlement Agreement, Plaintiffs now submit the accompanying Memorandum of Law, as well as a proposed order and judgment. Defendants do not oppose this motion.

Dated: June 4, 2018                                        Respectfully submitted,

   s/ Joel R. Hurt
     Joel R. Hurt (PA ID 85841,
     Admitted *pro hac vice*)

| | |
|---|---|
| John G. Engberg (26761) | Ruairi McDonnell (PA ID 316998, |
| Mark W. Bay (554X) | admitted *pro hac vice*) |
| **PETERSON, ENGBERG** | |
|   **& PETERSON** | **FEINSTEIN DOYLE PAYNE** |
| 250 Marquette Avenue, Suite 540 |   **& KRAVEC, LLC** |
| Minneapolis, MN  55401-2387 | 429 Fourth Avenue |
| Phone:  (612) 338-6743 | Law & Finance Building, Suite 1300 |
| Fax:      (612) 338-4281 | Pittsburgh, PA  15219 |
| Email:  peplawyers @aol.com | Phone:  (412) 281-8400 |
| | Fax:      (412) 281-1007 |
| | Email:   jhurt@fdpklaw.com |
| |          rmcdonnell@fdpklaw.com |

*Counsel for Plaintiffs*

3